# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | LA CV 17-02813-AB (GJSx) | Date: | March 13, 2018 |

Title: *Brian Goldberg v. City of Beverly Hills, et al.*

---

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**      **ORDER APPROVING PARTIES' STIPULATION TO DISMISS CASE [In Chambers]**

    Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(2), the Court hereby dismisses the instant action without prejudice to the prosecution of claims and/or defenses in *Brian Goldberg v. Nahal Yashar et al.*, No. 2:17-cv-9226 AB.

**IT IS SO ORDERED.**